UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:　　　　　　　　　Case Number 06-11032 GMB

Debtor: Ronald K. Pannell

| Check Number | Creditor | Amount |
|---|---|---|
| 1679641 | PHH Mortgage Corporation | 1,508.65 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  January 12, 2010